**Motion Granted; Abatement Order filed March 26, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00654-CR
_____

**CHAD SMALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1383973**

## ABATEMENT ORDER

Appellant Chad Small appeals his conviction for aggravated robbery. The certification of the defendant's right of appeal appears to be incorrect. The certification states this "is a plea-bargain case, and the defendant has no right of appeal." The judgment reflects that this is not a plea bargain case. On March 9, 2015, appellant filed a motion requesting this court to abate the appeal for correction of the certification of the right of appeal. The motion is granted.

We direct the trial court to review the record, and, if necessary, correct the certification of the defendant's right of appeal, request the trial court clerk to prepare and certify a supplemental clerk's record containing the corrected certification, and file the supplemental clerk's record with this court within 30 days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this Court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM